# United States District Court
## Southern District of Georgia

Michael J. Kistler and Hutch Holdings, Inc.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV411-024

Federal Deposit Insurance Corporation, as Receiver for
First National Bank

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of January 23, 2013 granting FDIC-R's Motion for Summary Judgment, Judgment is entered in favor of FDIC-R and against Michael J. Kistler in the amount of $785,200.25 and against Michael J. Kistler and Hutch Holdings jointley and severally in the amount of $1,767,226.31.

January 23, 2013
Date

Scott L. Poff
Clerk

(By) Deputy Clerk